# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00075-CV

## In re Clifford Zeifman

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Clifford Zeifman has filed a motion to dismiss his petition for writ of mandamus. In the motion, he states that all matters in controversy that were the subject of his petition for writ of mandamus and his amended petition for writ of mandamus filed on February 7 and 14, 2007, respectively, have been fully settled and compromised by agreement. He states that he no longer desires to prosecute this action. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed:   March 16, 2007